UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KELSEY WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No. |
| | ) |
| HAMILTON COUNTY GOVERNMENT, | ) |
| | ) |
| DEPUTY DANIEL WILKEY, in his capacity as deputy | ) |
| sheriff for Hamilton County Government and, | ) |
|  in his individual capacity, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a)(b) and (c), and 28 U.S.C. § 1443, Defendant Hamilton County, shows the Court as follows:

1. Plaintiff filed this Action against Hamilton County Government, and Deputy Daniel Wilkey, on December 17, 2019, in the Circuit Court for Hamilton County, Tennessee, bearing docket number 19 C 1390. Copies of the Amended Complaint and Summons were served on Hamilton County on December 17, 2019, and upon Deputy Wilkey on December 17, 2019.

2. Deputy Wilkey has given his consent to removal of this matter from the Circuit Court for Hamilton County.

3. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331, § 1343, and § 1441(b).

4. Hamilton County is a political subdivision of the State of Tennessee, and is situated within the Eastern District of Tennessee, which makes this Court a proper venue for removal of this action.

5. The Plaintiff has alleged violations of her rights pursuant to 42 U.S.C. §§ 1983 and 1988 for an alleged deprivation of rights under the Fourth and Fourteenth Amendments to the Constitution of the United States. Accordingly, removal is proper because this action involves a federal question.

6. Hamilton County expressly reserves the right to raise all defenses and objections after the action has been removed to this Court.

7. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). (Attached hereto as <u>Collective Exhibit A</u>).

8. Hamilton County will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

9. This Notice of Removal has been filed within thirty (30) days of Hamilton County's notice that Plaintiff has alleged a basis for federal question jurisdiction.

WHEREFORE, the Hamilton County prays that the above-captioned cause of action be removed from the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

HAMILTON COUNTY ATTORNEY'S OFFICE

By: *s/Sharon M. Milling*
R. Dee Hobbs, BPR No. 10482
Sharon McMullan Milling, BPR No. 36876
*Assistant County Attorney*
625 Georgia Avenue, Suite 204
Chattanooga, TN 37402
Phone/Fax: 423-209-6150/6151

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2020, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Robin Ruben Flores, Esq.
4110-A Brainerd Road
Chattanooga, TN 37411

*s/. Sharon M. Milling*

Page **3** of **3**

Case 1:20-cv-00016-TRM-CHS   Document 1   Filed 01/14/20   Page 3 of 3   PageID #: 3