UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KELSEY WILSON, | : |
| Plaintiff, | : |
| v. | : DOCKET NO. 1:20-cv-00016-TRM-CHS |
| HAMILTON COUNTY GOVERNMENT, | : |
| DEPUTY DANIEL WILKEY, in his capacity as a deputy sheriff for Hamilton County Government and, in his individual capacity, | : |
| Defendants. | : |

## NOTICE OF SERVICE

Notice is hereby given that James Exum, attorney for Defendant Deputy Daniel Wilkey, sent *Deputy Daniel Wilkey's Rule 26(A)(1) Initial Disclosures* via U.S. Mail and email to the following:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

Sharon M. Milling
Hamilton County Attorney's Office
625 Georgia Avenue, Suite 204
Chattanooga, TN 37402

This 6th day of March, 2020.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: /s/ *James F. Exum III*
   James Exum (BPR No. 025377)
   Logan C. Threadgill (BPR No. 034470)
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574

*Attorneys For Defendant Deputy Daniel Wilkey*

Page 2
Case 1:20-cv-00016-TRM-CHS   Document 27   Filed 03/06/20   Page 2 of 3   PageID #: 331

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Notice of Service* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 6th day of March, 2020.

/s/ James F. Exum III
James Exum