# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KELSEY WILSON, ) | |
| ) | Case No. 1:20-cv-16 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT ) | |
| and DANIEL WILKEY, individually and ) | |
| in his capacity as a deputy sheriff for ) | |
| Hamilton County Government, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying order, this action is hereby **DISMISSED WITH PREJUDICE.** The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT